Case 08-73688    Doc 24    Filed 03/27/09    Entered 03/27/09 11:03:01    Desc Main
Document    Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DUSTIN J. MARTINEZ  
2329 - 11TH AVENUE  
ROCKFORD, IL  61104

SSN-xxx-xx-2641

Case Number: 08-73688

Case filed on: 11/13/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DUSTIN J. MARTINEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LIBERTY SAVINGS BANK | 12,793.45 | 10,000.00 | 0.00 | 0.00 |
|  | Total Secured | 12,793.45 | 10,000.00 | 0.00 | 0.00 |
| 002 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE BANK USA NA | 10,427.12 | 10,427.12 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 5,676.41 | 5,676.41 | 0.00 | 0.00 |
| 005 | OSF MEDICAL GROUP - GROUP 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PHYSICIANS IMMEDIATE CARE | 249.21 | 249.21 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TSYS TOTAL DEBT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,352.74 | 16,352.74 | 0.00 | 0.00 |
|  | Grand Total: | 29,146.19 | 26,352.74 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:     0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009              By  /s/Heather M. Fagan